# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Case No. |
| ) | |
| TAMMIE D. BERZETT ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**:  Title 18, United States Code, Section 13, assimilating Section 32-10-3 of the Code of Alabama. **Collision with Unattended Vehicle**.

That on or about the 27th day of February, 2023, within the Northern District of Alabama, the Defendant, **TAMMIE D. BERZETT**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, parked, and as she opened her door impacted the door of the adjacent vehicle, and then then failed to either notify the owner or operator of the other vehicle, or leave a written notice with a name, address, and circumstances of the accident in a conspicuous place in or on the vehicle struck, in violation of Section 32-10-3 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

PRIM F. ESCALONA
United States Attorney

*/s/ John M. Hundscheid*
Digitally signed by JOHN HUNDSCHEID
Date: 2023.06.09 16:12:21 -05'00'

JOHN M. HUNDSCHEID
Assistant United States Attorney